PEOPLE, Respondent, v. HUGHES, Appellant.

(Supreme Court, General Term, Fifth Department.   August 23, 1892.)

Action by the people of the state of New York against James Hughes.
No opinion.   Motion for a reargument denied.   See 19 N. Y. Supp. 550.

---

ALBRECHT, Respondent, v. ROCHESTER RY. CO., Appellant.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by Otto Albrecht against Rochester Railway Company.
No opinion.   Judgment and order of the county court of Monroe county appealed from affirmed, with costs.

---

ALTMAN et al., Respondents, v. WILE et al., Appellants.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by Isaac Altman and another, administrators, etc., against Gabriel Wile and others.
No opinion.   Motion by defendant Eli Hofeller to amend memorandum of decision granted.   Motion by plaintiffs for reargument denied.   See 19 N. Y. Supp. 500.

---

In re BERST'S WILL.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Proceeding for the probate of the alleged last will and testament of Peter Berst, deceased.
No opinion.   Decree of the surrogate of Erie county appealed from affirmed, with costs to the respondents, payable by the appellant personally.

---

BYRNE, Respondent, v. BULLIS, Appellant.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by John Byrne, in behalf of himself and others, against Spencer S. Bullis.
No opinion.   Order appealed from affirmed, with $10 costs and disbursements of this appeal.

---

CLEVELAND SEED CO., Appellant, v. HARRIS et al., Respondents.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by the Cleveland Seed Company against Sarah A. Harris and another.
No opinion.   Judgment appealed from affirmed, with costs.

---

ELLIOTT, Respondent, v. ELLIOTT, Appellant.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by Frank Elliott against Eva L. Elliott.
No opinion.   Judgment appealed from affirmed.

---

FORAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by Richard Foran against the New York Central & Hudson River Railroad Company.
No opinion.   Motion for reargument denied.   See 19 N. Y. Supp. 417.